

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 20 P 4: 34

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSHUA E. DONAHUE | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0197 |
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION and NEW YORK LIFE INSURANCE COMPANY | * * | SECTION " "  SECT. S MAG. 2 MAG. ( ) |

\* \* \* \* \* \* \*

**MOTION FOR ORDER GRANTING
EXTENSION OF TIME WITHIN WHICH TO PLEAD**

**NOW INTO COURT**, through undersigned counsel, come New York Life Insurance and Annuity Corporation and New York Life Insurance Company, defendants in the above entitled and numbered proceeding, and upon representing that there has been no previous extension of time for pleading purposes since the removal of this matter, and that the opposing party has not filed in the record an objection to an extension of time, respectfully move this Honorable Court for an extension of twenty (20) days, or until and through February 9, 2000, for the purpose of pleading or otherwise responding to the Petition filed

DATE OF ENTRY ___JAN 2 5 2000___



Doc.No 3

herein, which proceeding was removed from state court on January 20, 2000.

                    PREAUS, RODDY & KREBS

                    _____
                    MAURA Z. PELLETERI (8463)
                    MAYRA L. SCHEUERMANN (23190)
                    650 Poydras Street, Suite 1650
                    New Orleans, LA 70130
                    Telephone: (504) 523-2111

                    ATTORNEYS FOR NEW YORK LIFE
                    INSURANCE AND ANNUITY CORPORATION
                    and NEW YORK LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing document has been mailed, postage prepaid, this 20<sup>T</sup> day of January, 2000.

    J. Nelson Mayer, III, Esq.
    210 Baronne Street
    1410 First NBC Building
    New Orleans, LA 70112

                    _____
                    MAURA Z. PELLETERI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSHUA E. DONAHUE | * | CIVIL ACTION |
| VERSUS | * | NO. 00-197 |
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION and NEW YORK LIFE INSURANCE COMPANY | * * | SECTION "S" MAG. (2) |

\* \* \* \* \* \* \*

### ORDER

The foregoing Motion for Order Granting Extension of Time Within Which to Plead considered;

**IT IS HEREBY ORDERED BY THE COURT**, for good and sufficient cause, that the motion of defendants, New York Life Insurance and Annuity Corporation, and New York Life Insurance Company, for a twenty-day extension of time, or until and through February 9, 2000, within which to file responsive pleadings be, and the same is hereby, **GRANTED**.

New Orleans, Louisiana, this 24th day of January, 2000.

_____
UNITED STATES MAGISTRATE JUDGE