```
                                        UNITED STATES DISTRICT COURT
                                                   FILED

                                              February 10, 2000

                                        EASTERN DISTRICT OF LOUISIANA
                                              Loretta G. White
                                                   Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSHUA E. DONAHUE                                        CIVIL ACTION

VERSUS                                                   NO. 00-0197

NEW YORK LIFE INSURNACE, ET AL.                          SECTION "S"


PRELIMINARY CONFERENCE NOTICE

A PRELIMINARY CONFERENCE will be held BY TELEPHONE on March 2, 2000 at 11:30 a.m. for the purpose of scheduling discovery deadlines, a pre-trial conference and trial date. You must return the attached questionnaire  5  days before the preliminary conference.

TRIAL COUNSEL or a representative who if fully acquainted with all details of the case and authorized to enter into any necessary agreements must participate in the conference. Any motion to Continue must be filed one week prior to the above date.

February 10, 2000

David Stechmann (504) 589-7690
Courtroom Deputy, Section "S"

NOTICE:
COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE

COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE, A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE, ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE SUCH A CONFERENCE DESIRABLE.

```
  __FEE_____
  X_PROCESS_____
  X_CHARGE___DS_____
  __INDEX_____
  __ORDER_____
  X_HEARING__DS_____
  DOCUMENT NO. 5
```

```
CASE NO. _____ "S"      UNITED STATES DISTRICT COURT    SUBMITTED BY:_____
                          EASTERN DISTRICT OF LOUISIANA   _____
```

1. Is this a jury or non-jury trial?  Jury___  Non-jury___

2. How many days do you estimate for trial?  _____

3.a. Realistically, when do you think that this case will be ready to go to trial?  _____

   b. Has this case previously been continued by the court?  Yes___  No___

   c. Would all parties consent to trial before a magistrate in order to have the earliest trial date?  Yes___  No___

4. Has a firm demand for settlement been submitted?  Yes___  No___
   Responded to?  Yes___  No___

   a. Would all parties consent to referral to a magistrate for settlement conference?  Yes___  No___

   b. Would all parties submit to arbitration or mediation?  Yes___  No___

5. Are any further amendments to pleadings anticipated?  Yes___  No___

6. Is discovery complete?  Yes___  No___

7. Have all expert reports been exchanged?  Yes___  No___

8. Are there any pending motions?  Yes___  No___

   a. Under submission? (list)
      _____
      _____

   b. Awaiting hearing? (list)
      _____
      _____

   c. Can this case be disposed of by Summary Judgment?  Yes___  No___

9.a. Do you anticipate any special problems in the trial of this case?  _____

   b. On a scale of 1 - 10 how difficult are the legal issues?  _____