UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSHUA E. DONAHUE                                        CIVIL ACTION

VERSUS                                                   NO. 00-0197

NEW YORK LIFE INSURANCE, ET AL.                          SECTION "S"(2)

*FILED* EASTERN DISTRICT COURT 2000 MAR -3 P 12: 17 LORETTA G. WHYTE CLERK

ORDER OF REFERENCE TO U.S. MAGISTRATE

    IT IS ORDERED that, in accordance with Rule 73 of the Local Rules of this Court, this cause be referred to a United States Magistrate Judge for the Eastern District of Louisiana, for the purpose(s) designated below:

1. \_\_\_\_\_ NON-DISPOSITIVE MOTION or other pre-trial matter be referred for Hearing and Determination pursuant to 28 U.S.C. 636(b)(1)(A):_____

2. \_\_\_\_\_ MOTION as indicated below for hearing, including evidentiary hearing, if necessary, and submission of Findings and Recommendations pursuant to 28 U.S.C. 636(b)(1)(B):

    \_\_\_\_\_ for injunctive relief
    \_\_\_\_\_ for summary judgment
    \_\_\_\_\_ for judgment on the pleadings
    \_\_\_\_\_ to dismiss or quash indictment or information
    \_\_\_\_\_ to suppress evidence in a criminal case
    \_\_\_\_\_ to dismiss or permit maintenance of a class action
    \_\_\_\_\_ to dismiss for failure to state a claim
    \_\_\_\_\_ to involuntarily dismiss

3. \_\_\_\_\_ HABEAS CORPUS PETITION OR MOTION TO VACATE SENTENCE for preliminary review and, if necessary, for conducting hearing, including evidentiary hearing if necessary, and submission of proposed Findings and Recommendations for disposition pursuant to 28 U.S.C. 636(b)(1)(B) and (C) and, as applicable, Rule 8(b) of the Rules governing 2255 cases.

4. \_\_\_\_\_ TO SERVE A SPECIAL MASTER, upon consent of the parties, to hear and determine the following matter and to file a Report including Findings and Recommendations, in accordance with the provisions of 28 U.S.C. 636(b)(2) and Rule 53 F.R.C.P.:_____

5. \_\_\_\_\_ TO SERVE A SPECIAL MASTER to hear and determine the following matter and to file a Report including Findings and Recommendations in accordance with the provisions of Rule 53 F.R.C.P.:_____

DATE OF ENTRY MAR 0 3 2000 _____

\_\_\_\_\_ Fee _____
\_\_\_\_\_ Process \_\_\_
X \_ Dktd
\_\_\_\_\_ CtRmDep
\_\_\_\_\_ Doc.No. \_\_\_

6. \_\_\_\_\_   PAUPER CASE for:

    \_\_\_\_\_   Determination re: leave to proceed <u>in forma pauperis</u> pursuant to 28 U.S.C. 1915(a).

    \_\_\_\_\_   Finding and Recommendation re: dismissal of complaint as "frivolous or malicious," pursuant to 28 U.S.C. 1915(d).

7. \_\_\_\_\_   SOCIAL SECURITY CASE referred for hearing and for submission of Findings and Recommendations.

8. \_\_\_\_\_   TITLE VII CASE, not scheduled for trial within 120 days after issue was joined, referred pursuant to 42 U.S.C. 2000e-5(f)(5) and Rule 53, F.R.C.P.

9. <u>xx</u>   <u>Upon consent of the parties pursuant to 28 U.S.C. 636 (c), to handle all pre-trial & trial proceedings.</u>

Dated at New Orleans, Louisiana, this \_\_2\_\_ day of March, 2000.

*[signature]*
UNITED STATES DISTRICT JUDGE

ALLOTTED AND REFERRED TO
U.S. MAGISTRATE JUDGE <u>WILKINSON</u>