

MINUTE ENTRY
WILKINSON, M.J.
MARCH 8, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSHUA E. DONAHUE                               CIVIL ACTION

VERSUS                                          NO. 00-197

NEW YORK LIFE INSURANCE                         SECTION "S" (2)
AND ANNUITY CORP. ET AL.

     I have received Judge Lemmon's order referring this matter to the undersigned. Effective consent to proceed before a United States Magistrate Judge requires that written consent forms be executed by all parties. Fed. R. Civ. P. 73(b). Accordingly, a consent form is attached hereto for execution by counsel for plaintiff who is directed to forward it to counsel for defendants for their execution prior to returning it to the Court.

     A preliminary conference is hereby **SCHEDULED** in this matter on **April 4, 2000 at 2:30 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale

DATE OF ENTRY **MAR 1 0 2000**



Boggs Building, Room B409, New Orleans, Louisiana. The purpose of this conference is to discuss the status of the case and to select pretrial and trial dates. Parties who wish to participate in the conference by telephone may make arrangements to do so by calling the undersigned magistrate judge's chambers at (504) 589-7630.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE