

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSHUA E. DONAHUE | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0197 |
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION and NEW YORK LIFE INSURANCE COMPANY | * | SECTION "S" |
| | * | MAG. (2) |

\*   \*   \*   \*   \*   \*   \*

**NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION
AND NEW YORK LIFE INSURANCE COMPANY'S
<u>MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT</u>**

NOW INTO COURT, through undersigned counsel, come New York Life Insurance and Annuity Corporation ("NYLIAC") and New York Life Insurance Company ("New York Life"), and move this court for leave, as third party plaintiffs, to file and cause to be served upon Gwendolyn Donahue a summons, third-party complaint and minute entry of this Court filed April 5, 2000, copies of which are attached hereto as Exhibit "A."

DATE OF ENTRY
MAY 1 0 2000

Pursuant to Local Rule 7.6E, counsel for plaintiff Joshua E. Donahue was notified of New York Life and NYLIAC's intent to move for leave to add Gwendolyn Donahue as third party defendant on May 2, 2000, and, as of the filing of this motion, has not asserted any objections.

PREAUS, RODDY & KREBS, L.L.P.

_Mayra L. Scheuermann_
MAURA Z. PELLETERI (8463)
MAYRA L. SCHEUERMANN (23190)
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: (504) 523-2111

ATTORNEYS FOR NEW YORK LIFE
INSURANCE AND ANNUITY CORPORATION
and NEW YORK LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been mailed, postage prepaid, this 5 day of May, 2000 to:

J. Nelson Mayer, III, Esq.
210 Baronne Street
1410 First NBC Building
New Orleans, LA 70112

_Mayra L. Scheuermann_
MAYRA L. SCHEUERMANN

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSHUA E. DONAHUE | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0197 |
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION and NEW YORK LIFE INSURANCE COMPANY | * * | SECTION "S" MAG. (2) |

\* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing motion for leave to file third party complaint, *been advised by plaintiff's counsel that there is* and having no opposition from any party with an interest to oppose said motion,

IT IS HEREBY ORDERED that New York Life Insurance Company and New York Life Insurance and Annuity Corporation be and are hereby granted leave to file their third-party complaint.

This 9th day of May, 2000.

_____
MAGISTRATE JOSEPH C. WILKINSON

3