UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSHUA E. DONAHUE | CIVIL ACTION |
| VERSUS | CASE NO. 00-0197 |
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION AND NEW YORK LIFE INSURANCE COMPANY, and ET AL. | SECTION "S" MAG.(2) |

### MOTION AND INCORPORATED MEMORANDUM FOR EXTENSION

NOW INTO COURT comes mover, GWENDOLYN DONAHUE, named third party, appearing in proper person, and upon suggesting to this Honorable Court that:

1. Mover was served a summons in this action, on or about the 19th day of May, 2000; and

2. Mover needs additional time in which to answer said summons; and

3. Mover contacted counsel for the third party complainant who consents to an extension; and

4. Mover thereby request an extension of 20 days to answer said complaint.

Respectfully submitted,

*Gwendolyn Donahue*
Gwendolyn Donahue, pro se
5198 Demontluzin Street
New Orleans, Louisiana 70122

(504) 284-7001

1

DATE OF ENTRY
JUN 0 2 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSHUA E. DONAHUE | CIVIL ACTION |
| VERSUS | CASE NO. 00-0197 |
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION AND NEW YORK LIFE INSURANCE COMPANY, and ET AL. | SECTION "S" MAG.(2) |

### ORDER

CONSIDERING THE FOREGOING MOTION, it is hereby ordered that the third party defendant, Gwendolyn Donahue, has until the __21st__ day of __June__, 2000, to file an answer.

New Orleans, Louisiana, this __1st__ day of __June__, 2000.

_____
JUDGE

3