**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN -6  P 1:57

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**WILKINSON, M.J.**
**JUNE 5, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSHUA E. DONAHUE | CIVIL ACTION |
| VERSUS | NO. 00-197 |
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION ET AL. | SECTION "S" (2) |

You are hereby notified that the captioned case will be called on **June 21, 2000 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B421, New Orleans, Louisiana. Third-party defendant, Gwendolyn Donahue, is hereby **ORDERED** to appear on **June 21, 2000 at 11:00 a.m.** to discuss the status of her representation and whether she consents to proceed in this case before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUN 0 6 2000

