

MINUTE ENTRY
WILKINSON, M.J.
June 7, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSHUA E. DONAHUE | CIVIL ACTION |
| VERSUS | NO. 00-197 |
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION ET AL. | SECTION "S" (2) |

### HEARING ON MOTION

MOTION:   Defendants' Motion to Compel Responses to First Request for Production of Documents and First Set of Interrogatories

O R D E R E D:

XX   :   DISMISSED AS MOOT. Counsel for movant has advised the Court that the parties have resolved their discovery dispute. Accordingly, the motion is moot.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUN 0 7 2000

Fee____
Process____
X  Dktd____
___ CtRmDep____
___ Doc.No. 22