

MINUTE ENTRY
WILKINSON, M.J.
JUNE 21, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSHUA E. DONAHUE | CIVIL ACTION |
| VERSUS | NO. 00-197 |
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION ET AL. | SECTION "S" (2) |

The Clerk of Court's Court Reporter Section is hereby directed to take possession of the cassette tape of the hearing conducted on this date and recorded in chambers in the above-captioned case and hold same for further use.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUN 2 7 2000