```
                                    FILED
                                U.S. DISTRICT COURT
                                EASTERN ...

                                2000 JUN 27  A 11: 04

                                LORETTA G. WHYTE
```

MINUTE ENTRY
WILKINSON, M.J.
JUNE 26, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSHUA E. DONAHUE | CIVIL ACTION |
| VERSUS | NO. 00-197 |
| NEW YORK LIFE INSURANCE AND ANNUITY CORP. ET AL. | SECTION "S" (2) |

During the conference on June 21, 2000, when informed that third-party defendant Gwendolyn Donahue would assert her own third-party complaint against a new defendant, I advised all parties that I would schedule a hearing on that request. I have now received and reviewed Gwendolyn Donahue's latest pleading, which asserts her third-party demand as part of her answer. "The third-party plaintiff need not obtain leave to make the service if the third-party plaintiff files the third-party complaint not later than 10 days after serving the original answer." Fed. R. Civ. P. 14(a). Thus, Gwendolyn Donahue does not require

DATE OF ENTRY
JUN 2 7 2000



leave of court to file her third-party complaint, no hearing is necessary, and she is free to serve her third-party complaint on the new defendant she desires to add to these proceedings. Any party who asserts that Gwendolyn Donahue's third-party complaint should be dismissed must file a motion to do so.

If, as indicated in the prayer for relief in Gwendolyn Donahue's answer, she desires to proceed in forma pauperis and with appointed counsel, she must file a separate motion on a form of application available from the pro se department of the Clerk of Court setting forth all necessary information.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE