```
U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JUN 29 2000
LORETTA G. WHYTE
           CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSHUA E. DONAHUE | CIVIL ACTION |
| VERSUS | NO. 00-0197 |
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION AND NEW YORK LIFE INSURANCE COMPANY | SECTION "S"<br>MAG.(2) |

### EX PARTE MOTION AND INCORPORATED MEMORANDUM

NOW INTO COURT, comes third-party plaintiff, Gwendolyn Donahue, appearing in proper person, and moves this Honorable Court for an order as follows:

I

To permit mover to appear in forma pauperis in these proceedings, and hereby attached hereto and made part hereof is mover's properly executed application requesting pauperis status.

II.

To appoint counsel to assist mover in discovering and presenting the truth in these matters.

III.

Mover, because of poverty and want of means, is unable to either pay the costs of this suit in advance or as they accrue or to give security therefor, and desires to file and prosecute this action in forma pauperis with the assistance of appionted counsel.

WHEREFORE, mover prays this Honorable Court grants her motion as hereby prayed.

DATE OF ENTRY
JUL 0 5 2000

1

___Fee___
___Process___
X Dktd
X CtRmDep
Doc.No.___

Respectfully submitted,

_Gwendolyn Donahue_
Gwendolyn Donahue
5198 Demontluzin Street
New Orleans Louisiana 70122
(504) 284-7001

CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading has been served on all counsel of record this 29 day of June, 2000, postage prepaid.

_Gwendolyn Donahue_
Gwendolyn Donahue

J. Nelson Mayer, III, Esq.
210 Baronne Street
1410 First NBC Building
New Orleans, Louisiana 70112

Maura Z. Pelleteri
Mayra L. Scheuermann
650 Poydras Street, Suite 1650
New Orleans, Louisiana 70130

Nicolas Estiverne
2426 Louisiana Av
New Orleans, Louisiana 70130

# United States District Court

EASTERN DISTRICT OF LOUISIANA

Plaintiff
Joshua E. Donahue

v.

Defendant
New York Life Insurance Et Al

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 00-0197 mag 2

I, _____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant    ☑ other 3rd party

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    ☐ Yes    ☑ No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration _____

   Are you employed at the institution? _____    Do you receive any payment from the institution? _____

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☑ Yes    ☐ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. take home pay is between 900-1000 biwkly Medical Center of La.

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   
   n/a

3. In the past 12 twelve months have your received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☑ |
   | b. | Rent payments, interest or dividends | ☐ | ☑ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☑ |
   | d. | Disability or workers compensation payments | ☐ | ☑ |
   | e. | Gifts or inheritances | ☐ | ☑ |
   | f. | Any other sources | ☐ | ☑ |

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

AO 240 (1/94)

4. Do you have **any** cash or checking or savings accounts?  ☑ Yes   ☐ No

   If "Yes" state the total amount. _$200_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☑ Yes   ☐ No

   If "Yes" describe the property and state its value.

   Home — mortgage 402/month.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Raymond — son — total care
   Joshua Donahue — total care

I declare under penalty of perjury that the above information is true and correct.

_6/21/00_                    _Gwendolyn Donahue_
DATE                          SIGNATURE OF APPLICANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSHUA E. DONAHUE | CIVIL ACTION |
| VERSUS | NO. 00-0197 |
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION AND NEW YORK LIFE INSURANCE COMPANY | SECTION "S"<br>MAG.(2) |

**ORDER**

IT IS HEREBY ORDERED that mover, Gwendoln Donahue, be permitted to proceed in this action in forma pauperis, not limited to and including use of the U.S. Marshall's office for service of process.

IT IS FURTHER ORDERED that attorney _____ is hereby appointed to represent mover.

New Orleans, Louisiana, this \_\_\_\_\_ day of _____, 2000.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

*Denied. Movant has sufficient income to pay costs. Unlike civil rights cases, I know of no statutory basis for appointment of counsel in this kind of case, which lawyers routinely accept on contingency fee basis.* 7.5.00