

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSHUA E. DONAHUE | CIVIL ACTION |
| VERSUS | NO. 00-197 |
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION ET AL. | SECTION "S" (2) |

### ORDER OF DISMISSAL

The Court having been advised that the above action has been settled, and acting pursuant to 28 U.S.C. § 636(c);

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to seek summary judgment enforcing the compromise or to reopen the action if settlement is not consummated. The Court approves the settlement, incorporates it into this dismissal order, and retains jurisdiction for enforcement purposes. The third-party complaint of Gwendolyn Donahue against Nicolas Estiverne is dismissed without prejudice pursuant to 28 U.S.C. § 1367(c).

New Orleans, Louisiana, this _3/30_ day of July, 2000.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUL 3 1 2000

